AZB:AZB
AO 91 (Rev. 11/11) Criminal Complaint

2021R00146

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS WILDER MOSELEY | **FILED UNDER SEAL PURSUANT TO ORDER**<br><br>Case No. 21-mj-255 DTS |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 15, 2020, in Hennepin County and elsewhere, in the State and District of Minnesota, defendant THOMAS WILDER MOSELEY,

> being an unlawful user of a controlled substance (as defined in section 102 of the Controlled Substances Act), and knowing himself to be the same, did knowingly possess, in and affecting interstate commerce, firearms and ammunition,
>
> all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

I further state that I am a Special Agent and that this Complaint is based on the following facts:

> SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and
email) pursuant to Fed. R. Crim. P. 41(d)(3).

Bryan Lervoog, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Printed name and title*

Date: __March 24, 2021__

City and State: <u>Minneapolis, MN</u>

*Judge's Signature*

The Honorable David T. Schultz
United States Magistrate Judge
*Printed Name and Title*