# IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MINNESOTA**

## SENTENCING

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

Thomas Wilder Moseley,

                    Defendant.

## COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 21-cr-146 ADM |
| Date: | January 5, 2022 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 1:32 p.m. |
| Time Concluded: | 2:16 p.m. |
| Time in Court: | 44 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff:  Amber Brennan, AUSA
For Defendant: Jordan Kushner, CJA

☒ Sentencing

IT IS ORDERED:
Defendant is sentenced to:

| Count No. | Plea | BOP | SR |
|---|---|---|---|
| One | ☒ | Time served | 2 years |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100
☒ Plea and plea agreement accepted.
☒ Defendant to be released on conditions of supervision.
☒ Docket nos. 41, 42, 45 & 49 shall be unsealed at the time the judgment is filed.

                                    s/LPH
                              Courtroom Deputy